UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PING ZHAO,                      )
    Plaintiff              )
                                )
            v.                  )  C.A. No. 13-cv-10188-MAP
                                )
BAY PATH COLLEGE and            )
GINA SEMPREBON,                 )
    Defendants             )

MEMORANDUM AND ORDER RE:
REPORT AND RECOMMENDATION REGARDING
DEFENDANTS' PARTIAL MOTION TO DIMISS
(Dkt. Nos. 13 & 41)

November 14, 2013

PONSOR, U.S.D.J.

    Plaintiff's amended complaint charges Bay Path College and Gina Semprebon with various violations of state and federal statutes prohibiting discrimination and sexual harassment. The complaint also includes a number of common law claims. Defendants filed a motion to dismiss six of the seven counts in the complaint, which was referred to Magistrate Judge Kenneth P. Neiman for a report and recommendation.

    On October 25, 2013, Judge Neiman issued his Report and Recommendation, to the effect that Defendants' motion should be denied (Dkt. No. 41). The conclusion of the Report and Recommendation admonished the parties that objections to the

Report and Recommendation would have to be filed, in writing, within fourteen days of the parties' receipt of the Report. No such objection has been filed.

Having reviewed the substance of the Report and Recommendation and finding it meritorious, and noting that there is no objection, the court, upon <u>de novo</u> review, hereby ADOPTS the Report and Recommendation (Dkt. No. 41).

Based upon this, the court hereby DENIES Defendants' Partial Motion to Dismiss (Dkt. No. 13). This case is hereby referred to Magistrate Judge Neiman for a pretrial scheduling conference.

It is So Ordered.

<u>/s/ Michael A. Ponsor</u>
MICHAEL A. PONSOR
U. S. District Judge
